# Exhibit 12-A

*Paid 02/06/2015*

*First Alton Inc.*
*450 Alton Rd. No. 1603*
*Miami Beach, FL 33139 USA*

# INVOICE

Date: 5-27-2015

Invoice Number: 05171501

Due Date: 06/15/15

FROM: First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO: Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

TAX NOT APPLICABLE

| Description | Total |
| --- | --- |
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ■■■■2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533