## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



In re
CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKAT) TAX REFUND LITIGATION

18-MD-2865 (LAK)

This document relates to all cases.

### STIPULATION REGARDING THIRD-PARTY DEPOSITIONS

WHEREAS, Plaintiff SKAT has noticed the depositions of Patrick Michel and Brooke Pollak, two former Arnold & Porter Kaye Scholer ("APKS") attorneys; and

WHEREAS, Defendants John van Merkensteijn, Richard Markowitz, Robert Klugman, Michael Ben-Jacob, David Zelman, Perry Lerner, Joseph Herman, Robin Jones, Ed Miller, and Ronald Altbach (collectively, "Defendants"), through counsel, represent that they do not currently intend to call Mr. Michel or Ms. Pollak at trial in any matter in this multidistrict litigation.

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Defendants, by and through their duly authorized respective counsel, that

1. Plaintiff will withdraw its notices of deposition for Mr. Michel and Ms. Pollak.

2. Defendants reserve their right to call Mr. Michel, Ms. Pollak, or any other current or former APKS personnel at trial.

3. If any defendant in any matter in this multidistrict litigation declares an intent to call at trial Mr. Michel, Ms. Pollak, or any other current or former APKS personnel that Plaintiff has not deposed prior to that time, Defendants will allow Plaintiff to depose the intended witness a reasonable time prior to trial.

4.  Any Defendant declaring an intent to call Mr. Michel, Ms. Pollak, or any other current or former APKS personnel that Plaintiff has not deposed prior to that time will list the intended witness in the joint pretrial order in which the Court requires the Parties to list their intended trial witnesses, and are not obliged as a result of this agreement to identify trial witnesses any earlier than would otherwise be required by the Federal Rules of Civil Procedure and/or the Court's rules.

Dated: November 10, 2021                    Respectfully Submitted,

/s/ William R. Maguire                      /s/ Sharon Louise McCarthy
William R. Maguire                              (*e-signed with consent*)
Hughes Hubbard & Reed LLP (NY)              Sharon Louise McCarthy
One Battery Park Plaza                      Kostelanetz & Fink, LLP
New York, NY 10004                          7 World Trade Center, 34th Floor
(212)837-6000                               New York, NY 10007
Fax: (212)299-6879                          (212)808-8100
Email: maguire@hugheshubbard.com            Fax: (212)808-8108
                                            Email: smccarthy@kflaw.com

*On behalf of Plaintiff SKAT*

                                            *On behalf of Defendant John van Merkensteijn*

/s/ Alan Schoenfeld                         /s/ Zhanna Angert Ziering
   (*e-signed with consent*)                    (*e-signed with consent*)
Alan Schoenfeld                             Zhanna Angert Ziering
Wilmer Cutler Pickering Hale & Dorr         Moore Tax Law Group LLC
LLP (NYC)                                   11 Broadway, Suite 615
7 World Trade Center                        New York, NY 10004
New York, NY 10007                          646-357-3875
(212) 937-7294                              Fax: 312-549-9991
Fax: (212) 230-8888                         Email:
Email: alan.schoenfeld@wilmerhale.com       zhanna.ziering@mooretaxlawgroup.com

*On behalf of Defendant Richard Markowitz*  *On behalf of Defendant Robert Klugman*

/s/ Michelle A. Rice                        /s/ Thomas E.L. Dewey
   (*e-signed with consent*)                   (*e-singed with consent*)
Michelle A. Rice                            Thomas E.L. Dewey
Kaplan Rice LLP                             Dewey, Pegno & Kramarsky, LLP
142 W. 57th St.                             777 Third Avenue
New York, NY 10019                          New York, NY 10017
(212) 333-0227                              (212)-943-9000
Fax: (212) 333-2350                         Fax: (212)-943-4325
Email: mrice@kaplanrice.com                 Email: tdewey@dpklaw.com

*On behalf of Defendants David Zelman,*     *On behalf of Defendant Michael Ben-*
*Perry Lerner, Joseph Herman, Ronald*       *Jacob*
*Altbach, Robin Jones, and Ed Miller*

SO ORDERD:
/s/ Lewis A. Kaplan    11/15/21

Hon. Lewis A. Kaplan
United States District Judge